AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-02864-CDJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**FILED**
**JUL 2 7 2018**
KATE BARKMAN, Clerk
By_____ Dep. Clerk

This summons for *(name of individual and title, if any)* JARED JOHN JULIAN III

was received by me on *(date)* 07/09/2018

☑ I personally served the summons on the individual at *(place)* 15 MacArthur Pl, Santa Ana, CA 927
on *(date)* 07/09/2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*.

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 07/09/2018

*James E. Shelton*
Server's signature

JAMES E. SHELTON
Printed name and title

316 Covered Bridge Road
King of Prussia, PA 19406

Server's address

Additional information regarding attempted service, etc:
See attached affidavit.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-02864-CDJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BENJAMIN MARK GRIFFIN

was received by me on *(date)*    07/09/2018   .

☑ I personally served the summons on the individual at *(place)*   15 MacArthur Pl, Santa Ana, CA 927
   on *(date)*    07/09/2018    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $   25.00   for travel and $   25.00   for services, for a total of $   50.00  .

I declare under penalty of perjury that this information is true.

Date:   07/09/2018

*James E. Shelton*
*Server's signature*

JAMES E. SHELTON
*Printed name and title*

316 Covered Bridge Road
King of Prussia, PA 19406

*Server's address*

Additional information regarding attempted service, etc:
See attached affidavit.

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-02864-CDJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SECURE AUTOMOTIVE SOLUTIONS INC.
was received by me on *(date)* 07/09/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JARED JOHN JULIAN III _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
SECURE AUTOMOTIVE SOLUTIONS INC on *(date)* 07/09/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*


My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 07/09/2018

*James E Shelton*
Server's signature

JAMES E. SHELTON
Printed name and title

316 Covered Bridge Road
King of Prussia, PA 19406

Server's address

Additional information regarding attempted service, etc:
See attached affidavit.

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>      Plaintiff<br><br>v.<br><br>SECURE AUTOMOTIVE SOLUTIONS<br>INC., et. al<br>      Defendants | : No. 2:18-cv-02864-CDJ<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT OF SERVICE:

Attempt 1: Approximately 8:37 PM, Monday, July 9, 2018. I went to 1940 E. 16th Street Apt O311, Newport Beach, CA 92663. This is a large apartment building complex. There was a gate which prevented access to the facility for non-residents, however, a nice woman let me in. I went to apartment O311 and knocked on the door for several minutes. There was no answer. I spoke with a male neighbor and asked him if Benjamin Mark Griffin lived there; the male neighbor stated that he had only lived there for four (4) months and he had only ever seen a female go into apartment O311. I examined several skip-trace reports I had at my disposal and determined that this was probably not a current address for defendant Benjamin Mark Griffin.

Attempt 2: Approximately 9:08 PM, Monday, July 9, 2018. I went to 180 Parkcrest, Newport Coast, CA 92657. This unit is located on the second floor of the apartment complex. I knocked on the door and rang the doorbell a few times and there was no answer. There were lights on inside the kitchen, however, the rest of the apartment had no lights on inside. I waited for several minutes and there was still no answer.

At 9:13 PM, I then attempted to call defendant Jared John Julian, III, however, I reached a female who stated she knew him. I suspected she was related to him. I provided her my name and number and asked if Jared could give me a call back, as I had a delivery for him.

At 9:17 PM, I received an incoming call from Jared Julian. Defendant asked me who I was and I stated that I had a "delivery" for him at 180 Parkcrest, Newport Coast, CA 92657. Mr. Julian was confused and said he no longer lives at that address. Mr. Julian seemed confused and skeptical. I asked Mr. Julian what his current address was, but Mr. Julian did not initially provide his address to me and hung up.

I then got back in my car and drove to 15 MacArthur Pl, Unit 2405, Santa Ana, CA 92707. According to my skip-trace report on Mr. Julian, this was another possible address where the defendant might reside. As I was driving to this address, Mr. Julian called me back at 9:33 PM. Mr. Julian asked me who I worked for. I told Mr. Julian that I was trying to deliver legal documents to him. Mr. Julian asked me why I couldn't have just said that in the first place, as he wasn't trying to avoid me. He asked if he was in trouble and what the legal documents were in regards to. I told him that it was just my job to deliver the papers to him. I asked him if his

current address was 15 MacArthur Pl, Unit 2405, Santa Ana, CA 92707. He said yes. I told him I would meet him outside in 5 minutes.

I parked in the parking lot. The address is a large high-rise apartment complex. Mr. Julian texted me at 9:44 PM "Let me know when you're out front I'll come meet you out there". He sent another text "There's a big driveway to park in front of the buildings." I responded via text message "I'm outside the building rn" (right now). "Trying to figure out where to go." Mr. Julian responded "I'll come out, what kind of car you in". I responded "I'm at the lobby". Mr. Julian responded "Please go out front I'm coming out". I said "Ok. Red shirt". Mr. Julian said "Gotcha".

At approximately 9:48 PM, two men approximately age 28 came outside. They appeared to be either roommates or good friends. I shook hands with Mr. Julian, who identified himself by name, and handed him the legal documents addressed to both Jared John Julian, III and Secure Automotive Solutions Inc. doing business as National Coverage Center. Mr. Julian admitted that he was the owner of Secure Automotive Solutions Inc. doing business as National Coverage Center. I then asked Mr. Julian if he knew who Benjamin Mark Griffin was or where I could find him, and showed him the other summons and complaint which was for Mr. Griffin, individually. The other man said "I'm Ben [Griffin]". I handed him the third set of documents with the summons and complaint addressed to Benjamin Mark Griffin.

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief, under penalty of perjury. I am over the age of 18 and am not a party to this matter, and have no personal interest in this action.

Date: 7/10/2018

*James E. Shelton*

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
james@finalverdictsolutions.com