UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG ) <br> 1657 The Fairway #131 Jenkintown, PA 19046 ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> SECURE AUTOMOTIVE SOLUTIONS INC. ) <br> ) <br> Et. Al. ) <br> Defendants. ) <br> ) | Civil Action <br> No. 18-2864 <br><br> Jury Trial Demanded |

**FILED**
JUL 27 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

**MOTION FOR PERMISSION TO USE ECF/EFILING**

Plaintiff ANDREW R. PERRONG respectfully moves for leave of the court to permit *pro se* registration for filing via ECF for the above-captioned case. Plaintiff has reviewed all applicable requirements, local rules, and has the requisite equipment and understanding of ECF. Plaintiff already possesses a PACER login. Plaintiff consents to electronic service of documents. Plaintiff agrees to abide by all applicable rules and requirements concerning the use of ECF. Plaintiff already has an ECF login and has been granted access to and used ECF responsibly in past cases before this court.

Dated: **July 27, 2018**

_____
Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG ) <br> 1657 The Fairway #131 Jenkintown, PA 19046 ) <br> ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> SECURE AUTOMOTIVE SOLUTIONS INC. ) <br> ) <br> Et. Al. ) <br>      Defendants. ) <br> ) | Civil Action <br>       No. 18-2864 <br> <br> <br> Jury Trial Demanded |

### PROPOSED ORDER:

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to add the case to Plaintiffs ECF account and provide Plaintiff access to ECF for the above-captioned case.

Dated: _____

                                                            _____
                                                            Hon. C. Darnell Jones II, J.

2