## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG**<br>**1657 The Fairway #131 Jenkintown, PA 19046** | ) ) ) ) | |
| **Plaintiff,**<br>**vs.** | ) ) ) | **Civil Action**<br>**No. 18-2864** |
| **SECURE AUTOMOTIVE SOLUTIONS INC.** | ) ) | |
| **Et. Al.**<br>**Defendants.** | ) ) ) ) | **Jury Trial Demanded** |

### PROPOSED ORDER:

The Court has considered Plaintiff's Motion for Permission to use ECF/EFiling. Finding that

good cause exists, the Motion is GRANTED. Plaintiff shall have the above-captioned case added

to his ECF account. The Clerk of Court is directed to add the case to Plaintiffs ECF account and

provide Plaintiff access to ECF for the above-captioned case.

Dated: August 9, 2018

_____
Hon. C. Darnell Jones II, J.