UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG** ) | | |
| 1657 The Fairway #131 Jenkintown, PA 19046 ) | | |
| ) | | |
| **Plaintiff,** ) | Civil Action | |
| vs. ) | No. 18-2864 | |
| ) | | |
| **SECURE AUTOMOTIVE SOLUTIONS INC.** ) | | |
| ) | | |
| **Et. Al.** ) | | |
| **Defendants.** ) | Jury Trial Demanded | |
| ) | | |

## STIPULATION OF DISMISSAL OF ALL DEFENDANTS:

COMES NOW Plaintiff ANDREW R. PERRONG and hereby files this Dismissal against all Defendants, pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, as they have not filed an answer or motion for summary judgment. In accord with Rule 41(a)(1)(B), such a dismissal is being made WITH PREJUDICE, with each party to bear its own fees and costs.

Dated: August 17, 2018

_____/s/_____
Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com